Temple of Leviticus pre,S_

"△" Hashem is King his son is prince

Hashem see all Things

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert L Murray
NOW AS Leviticus Lucifer

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

RECEIVED
SDNY PRO SE OFFICE
2022 JAN 10 AM 10: 58

-against-

Department of Law etal, Police officer Nataros
Police officer Washack, Police officer Turken
8 John Doe Police officers, City of N.Y. etal,
Michael Delakas, M. Carter SPO, D.O.C.C.S

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes  ☒ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

NUmerriss John Doe C.O
retaliation
C.O Walker I think this is
The officer name
inmate call out this name
C.O Pratt

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

I would like this complaint or copy of this complaint to be sent to the judge of this Case 21-CV-6718 use as a motion But File as a complaint

Rev. 5/6/16

# I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: _____

# II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Robert__ / __L__ / __Murray__
First Name / Middle Initial / Last Name

__LEvitrous Lucfer__
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__349-21-03473__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__WESt Fac.__
Current Place of Detention

__1600 Hazen St E. Elmhurst__
Institutional Address

__NY__ / __NY__ / __11370__
County, City / State / Zip Code

# III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other:

Send a copy of This complaint To This judge as a motion 21 CV 6718

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

First Name: Deparment    Last Name: of Law    Shield #: 

Current Job Title (or other identifying information): 

Current Work Address: 100 Church street

County, City: NY    State: NY    Zip Code: 

**Defendant 2:**

First Name: Police officer    Last Name: Notaros    Shield #: NYPD

Current Job Title (or other identifying information): NYPD

Current Work Address: 

County, City: NY    State: NY    Zip Code: 

**Defendant 3:**

First Name: Police officer    Last Name: Wasback    Shield #: NYPD

Current Job Title (or other identifying information): 

Current Work Address: 

County, City: NY    State: NY    Zip Code: 

**Defendant 4:**

First Name: Police officer    Last Name: Turken    Shield #: NYPD

Current Job Title (or other identifying information): NYPD

Current Work Address: 

County, City: NY    State: NY    Zip Code: 

C.O WALKER C-95 heewt ILand
Holding cell area

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 5**

First Name: 8 John   Last Name: Doe officers   Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City: NY   State: NY   Zip Code:

**Defendant 6**

First Name: Police   Last Name: Dept et al   Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City: NYC DOC   State:   Zip Code:

**Defendant 7**

First Name:   Last Name:   Shield #:

Current Job Title (or other identifying information):

Current Work Address: NY

County, City:   State: NY   Zip Code:

**Defendant 8**

First Name: Michael   Last Name: Delakas   Shield #:

Current Job Title (or other identifying information):

Current Work Address: NY

County, City:   State: NY   Zip Code:

M. CARTER, SPO
C.O Pratt C-95 Hsg 1 -

1

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 100 church St, 1600 Ericsson PL

Date(s) of occurrence: 100 Center Street, WEST FAC.

**FACTS:** C-95

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON NOV 18, 2021 I had a TElphone confress with The UNITED STATES DISTRICT court SOUTHERN The coorts Ruled in my Favor I word The Defendant motion to Dissmiss I was By The court TO go TO The Defendents Lawyer office TO sign some paper work when I got There I Told The lady my name and How I Came To see She Became very Dissrespectdfull I called Her stupied She called me nigga I lost it But when I look at it it was inTrapment Then a white man call'd me nigga To in my mind I sed These Rap pose are calling me nigga I lost it I Ask The court To reqest Video everdence To suport The changes when I got outside The police offices Tryed To kill me Thay Titen The hadcuffs To Cut in To my flesh Then Thay started go For my Nek and started to say stope rezisting Then I NEW my life was in Danger I started yelling out Thay are going To kill me I Told The people

Page 4

in The street To please record people pulled out cellphones as I was Throne To The ground The officers have Body cames The Body cames will show I am Telling The Truth when I got To The station after I was printed I new somthing was not write I was in The station for some Time But 2 Black officers came To The cell and Told me That They hafe To get me out The precent safe. They called a Bus I Ask were is my Lg Legalwork The station Toke my legalwork When I DiD get To center street I Told The officers That I was sayin on The Bench where The cameras was at I was on That Bench I went To sleep woke up The I see 6 officers Bateing up a prisoner on camra I was cuff To The Bench in order for Them To Stope Beting The prison I spit on The officer center street one of The officers sed we should Bet his ASS so when The officer got close To me I punch him in The eye and Then I Told Them when Thay Charge me make shore you show The Tape The officer That was looking after me was officer GU a chiness officer

The officer That was Beting up the prisoner Told GU That he hase to write a report office GU Told The offices That he was Not writing anything Because The camra will show That you was Beting up a inmate/prisoner Thy was going To Be me up But officer GU Told Them That it was Not happening he was Not going to lose his JoB. When I frist got To center street They kep Trying To get me To The Bassment cell arey I got more officer 2 Black officers To look after me on The Bench other of Tuke me up stires To use The Best Room I seen a lawyer That Told me That she will see me in court in Smihnis she Told me That she was going To regest P.C. For me when I Told her The story about what happen To me she To me To my P.O. put a hold on me I Told her That marshal would Not Do That She Told me she will see me in 5 Befor I got called for court They put me on a emBulance and sent me To The Hospital Smihnis Befor I had To go To COURT when I got To The Hospital I here The officers Tell The Doctor what To write That was Tell The Doctor To write That I was ataging officers he is a vilint prisoner was in the

4)

Hospital for 10 minnits The Doctor came out and Told The officers it DUN and handid Them a paper The officers 4 of Them was puting on Gloves and They had one ride 4 people can only Fit in Tacy sed Let go I sed Hall NO I see what you are about To DO The Doctor gave you somthing That say I ateging officer and we was only here For 10 minnits I was screming fighting you are Not going To Kill me onece They realize I was screming and Letting evrey one know what They was going To DO To me That Told me you are a stuprd nigga But if you Kill me Now all of you are going To jail when They see people recording on They phone They was Not going To Take That chance The Next officers That came on was Aston officers ~~[scribbled out]~~ When I had To use The rest Room I Told Them I Told Them That I was useing The rest room up stires They Told me That The officer was Not going To Let me I had To go To The Basement cell arey I Told Them I Dont feel safe going Down The They Told me That we will Take you and Bring you Back up To The Bench They gaind my Trust when I got Down To The cell ari

5

it DID Not seem right The officer Tuke out one of my hand from The cuff The faget rub up his Hand up against me I ran in The cell I still had one hand cuff officers are moveing all out side The cell looking at me Smilling There was camras out Side The cell and in Side The cell and The officers had Body cames on there preson and one of The offcers was a captin They lind up in front on The cell one of The officer han a Shiled There are camras out Side The cell and in Side The cell so I Cuff my Fee hand Back from The Back and Back up to the gate They open The cell and Nock me To The Floor and Told me The They are going To Take me To see a Lawyer and Im going to Snig Some papers say what I sed in my Lawsuit was false I Told Them Thats Not happening Tay polled my pans Down 2 or 3 of the officers stuke there finger in my But it felt like They was putting 2 or 3 fingers in me They Told me if I Dont Snig or change my story it going To keep happening I Told The I want medical atention The captin sed it Not happining They put me on The Bench in The cell and core me To The Bars all The prisoners in the cell heard what The officers DID To me

Case 1:22-cv-00226-LJL Document 2 Filed 01/10/22 Page 10 of 19

6

and heard me Asking for medical the captin came Back and Told me I haft To go see some Lawyers and it will Be wise for me To Talk To Them Then I Told The captin I Need medical he sed Let go I sed I can't walk Then They had The look of worry on They Face in my mind I sed if I walk The will cover it up They Thay carred me out The cell Though The court Bilding To a Nother cell and place me on The floor with my hands cuff Behind The Back Tiete as the cure can go on my hands my Legs shagell like a Dog I was on That Floor like a Dog For a very long Time I Told The lawyer To Take off The cuffs and I'll Snig when Thay Tuke off The cuff get up and walk so you can Snig I sed I cant walk Then the Lawyer sed crall over To The Buth and Snig I sed I'm Not Sniging Shit Then the officer cuff me Back Behind The Back Tite as can Be I was on The floor for a very long Time Guss what There was camras in That cell To Then They came and carred me out The cell To a court room I Told The judge what They DiD To me

all he DiD was give me a court Date and They carred me out The court room They carred me Down To DOC They would not Take me Because I Told Them I could not walk DOC sed That Thay was not going To Take me in, To They send me To a Hospital and get a Rit / Don if I would have walk They would have got away and a state court judge was halping Them cover it up to when I got Back for The Hospital when I came Back from The Hospital a Ashton captin and The 2 Ashton officer cHand me To a wall cuff Bhind The Back and Shacal my Legs To The Bench like a Dog Then They Draged me in a cell and cuff me To a gate from Blind The Back They left me The all night I cued not feel my hands Because The cuff was so Tite I was in center Street Booking from Nov 20, 2021 To Nov 24, 2021 Beny Tortured By officer and it all on camra vido Dont Tie

I can't sent out No mail Im lock in a cell 24h a Bay and They are putting suff in my Food WESt Fac.

8

[C-95] on 12-8-2021 I was sent to C-95 From WEst Fac. I was Houses in 7 Lower officer Jon Dow gaive a inmate a 7 to 8 inch shank to staBe me over co The inmate pulled it out and I DiD Not wone he Back away I whet and lock in 7 cell Then They call meds I came out For meds and Told Them I DiD Not Want it The same inmate grabed me and Put me in my cell and pulled out the shank again and The officer was standing write Behind him Then I ASK him you are going To kill me for The wite man Then I Told him if you are going TO came in and Do it Do it he Look in my eyes and know it was real he Back out and lock The Door The late at Night 2 officers came To my cell and Told me That They was coming in To Talk I started screaming my life is in Danger I Told Them To call The Capt. and Dep. I cep screaming my life is in Danger I FLodid The Foor From The Tolet after They seen I was going TO stope Floding The capt came They still ac like They DiD Not want To Take me out But They DiD out Toke me TO 9 mod and inmats There Told To get me Then I was Take a cell in The holding area all That is on camra video

9

## STATEMENT of FACTS

I Robert Morrey NoNE As Leviticus Lucfer would like The court To use video Everdents To Suport my Clime. The courts put The cameras in The Fac. To protect prisoners right. I was Rape By officers The courts Ruled in my Faver Told The defendants To give The Tape and officers Name and Bage Numbers Now Im in jail and I lock in 24/7 aDay They are Not Letting me send out any mail or receive any mail Iv Ben in a cell seerice Nov 24, 2021 Im Try To Notifie The courts and cant Dune To The Defenderts Action The charges Im in jail on and I DiD Not Do Im Asking The court To investgate There Aligations and my Aligations By useing video Everdents and medical sinicens. And I Need The court To Talk To a lady Name ms SuNomo from mental Health in C-95/C71 She Told me She is Not going To Lose her Job For No one. And aInmate Name Vega Jesus in C95 gave me food when officer DiD Not Feed me and They Sprayed him with masse For Doing it 12-9-21 in hearts ILand Hoding area That where Im at Now 12-9-21

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Scars To Risk
I Toke a Kit at the hospital

## VI.   RELIEF #1

State briefly what money damages or other relief you want the court to order.

Order all Vido everdence and anturnalafires reports grant an injution To persever all Tapes anturnalafires was called on the Police officers 300,000,000 in Punitivie damages 300,000,000 in compentory damages

And I would like The court To see If The evendence can g Charge The Defendant with opsroteding justice and conspircy To comit murde Camra Dont lie They would Need video everdenth

Page 5

## STATEMENT of FActs

at heartsILand Holding cell area I have Ben held hed For a NUMBER of Days I got hear on Dec 9 I have Ben DeNied Food officers somtime Feed me oNece evry 2 or 3 Days and its like Thay Dont care Becquse it cameras here officers gave an inmate a water hose To Day To spray me in The cell That Im Being held in at C-95 heartILane Holding cell area inmate was calling me a rat wiel sprainig me he wet up all my Legal work But NOt The inportant stuff I had it wrapt up and stuffed in my Pans Im going To Try and get an inmate to healp me send out somthing to Let The courts know what is going on with The Defendant Actions These people are actuly Trying To kill me C.O WAlkER gave The inmate The hose to spray me in my cell ToDay is about 10 or 11 or 12 of Dec. I know it Dec I Dont know The Date.
To Days Date is DEC 13, 2021
Officer gave inmate a hose To spray me with water in cell The Time is about 3 or 4 Pm

To Day is Dec 14 2021, C.O Pratt is working he told me when I told him can I eat Brakfest Die Do to yoo officers are loseing There Jobs I Throgh Feces on The galiry Because Pratt would Not Feed me on Dec 13, 2021 capt. theagene came To the cell and Ask me why am I keep Throving shit on The galiry I Told him The Pratt and The other officers are Not Feeding me my meals and hes not feeding othere inmate to This is one of the inmate he was starving out To inmate vladimir Savain 241-2100765 C.O Pratt Told me that he Dont give a fuck about The Feds when I tsla him I was going To put in a Lawsuit in The District courts The capt. Told C.O Prat RELIEF # 2 ) that he is fucking up By Not Feeding me. Then he came with food State what money damages or relief I want

Injution To Persever all Taps an The cell camras and galiry camras
I like To sue C.O Pratt for seprit damages

of 5,000,000 Punitivie damages
5,000,000 Compentory damages
conspircy To comit murder
By Starvation and Dehighdration

Iv Ben in heart Iland seence Dec 9, 2021 evry Time C.O. Pratt work he DiD Not Feed me

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 12-1-21
Plaintiff's Signature: R.H.

First Name: Robert
Middle Initial: Lee
Last Name: Murray

Prison Address: 1600 Hazen St East Elmhurst

County/City: [illegible]
State: NY
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6





v1.0.03
**Help**
Learn more about eligibility for public benefits, programs and tax credits.

# Inmate Detail

## MURRAY, ROBERT

**NYSID:**

06093686K

**Year of Birth:**

1972

**Sex:**

Male

**Race:**

Asian

**Height:**

5 ft 6 inches

**Weight:**

175 lbs

**Hair Color:**

Bald

**Eye Color:**

Brown

**Nativity:**

New York

### Booking Information

Incarceration 23-NOV-2021

**Book & Case Number:**

3492103473

**Current Housing Facility:**

EMTC () (Eric M Taylor Center)

**Arrest Date:**



Robert Murray
I.D 349-21-034173
09-09- Hazen St East Elmhurst
NY 11370

Pro-se office
United State District courts
Southern District of NY
500 Pearl St
New York NY 10007

RECEIVED
SDNY PRO SE OFFICE
2022 JAN 10 AM 10: 59