```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROBERT L. MURRAY,                                                :
                                                                 :
                                Plaintiff,                       :
                                                                 :       22-cv-226 (LJL)
                -v-                                              :
                                                                 :            ORDER
DEPARTMENT OF LAW et al,                                         :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2022

LEWIS J. LIMAN, United States District Judge:

      On April 22, 2022, Defendants moved to stay the case pending resolution of the criminal proceedings underlying the lawsuit.  Dkt. No. 12.  As of the date of this Order, Plaintiff has not filed a response.  For the reasons outlined in Defendants' application for a stay, the case is STAYED pending resolution of the criminal proceedings underlying the lawsuit, without prejudice to an application by Plaintiff to have the stay lifted.  Because the Court grants the stay, the Court need not address Defendants' requests in the alternative regarding the medical releases and the Court's *Valentin* Order.

      Defendants are ORDERED to file a status update by August 4, 2022 on the status of the underlying criminal case and whether the stay should be lifted.

      The Clerk of Court is respectfully directed to stay the case and to mail a copy of this Order to the pro se Plaintiff.


      SO ORDERED.

Dated: May 4, 2022
       New York, New York
                                                LEWIS J. LIMAN
                                          United States District Judge