To: Pro-Se office

all my Legalwork was Stolen

Dear Clerk of Court

I Need all Status report filed with The court By Defendants Lawyers and I Need a copy of all corispondence By Plaintiff To The court and all Documents Filed as Exibits and a copy of The Complint under Dock.t 22 CV 226

SDNY PRO SE OFFICE
2024 FEB -6 PM 3:34

Send me an Estimated Price!!!

and Sent me a Copy of all oders made By The Court undr The Dock.t

New Address Robert Murray AKA Levitious Lucfer
Hospital #10510

Send To → MID-HUDSON FORENSIC PSYCH Center
2834 Route 17M
NEW HAMPTON, N.Y. 10958-0158


Robert Murray AKA Leviticus Lucifer
MID-HUDSON FORENSIC PSYCHIATRIC CENTER
2834 Route 17M
NEW HAMPTON, N.Y. 10958-0158
Hospital #10510
WESTCHESTER NY 105
24 JAN 2024 PM 2 L
USMS SDNY
TO: Pro-Sé office
United STATE Distrct Court
Southern District N.Y.
500 pearl Street
NEW York, NY. 10007
10007-133099
HASHEM see all
Legal mail