3-20-24

TO: Pro-se office

This Robert murray 9902300038

Change of Address TO —

Robert murray 9902300038
16-06 Hazen st (WEST FAC.)
East Elmhurst NY 11370

Case # 21CV16718
22CV226

Kown as Leviticus Lucfer

RECEIVED
APR 2 2024
PRO SE OFFICE

Robert Murray 9902300038
16-06 Hazen St (West Fac.)
East Elmhurst NY 11370
Leviticus Lucifer
MID-ISLAND NY 117
29 MAR 2024 PM 3 L
USMP3
SDNY
RECEIVED
APR 1 2024
PRO SE OFFICE
Legal mail
New york, NY. 10007
500 pearl Street
500 pearl St.