```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ROBERT L. MURRAY,                                              :
                                                               :
                        Plaintiff,                             :
                                                               :       22-cv-226 (LJL)
        -v-                                                    :
                                                               :       ORDER TO SHOW CAUSE
DEPARTMENT OF LAW et al.,                                      :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2024

LEWIS J. LIMAN, United States District Judge:

On May 4, 2022, this case was stayed "pending resolution of the criminal proceedings underlying the lawsuit." Dkt. No. 14. On August 8, 2022, the New York City Law Department informed the court that Plaintiff's charges were dismissed pursuant to New York Criminal Procedure Law § 730.10(1), and that the implications of this dismissal were "currently unclear." Dkt. No. 17. The Court has no further information indicating that the underlying criminal proceedings are still pending. No further action has occurred in the case and the stay remains in place. Accordingly, it is HEREBY ORDERED that parties show cause by letter filed on ECF (or in the case of the pro se Plaintiff mailed to the Clerk of Court) by September 27, 2024 why the stay in this matter should not be lifted. The Clerk of Court is respectfully directed to mail this Order to the pro se Plaintiff.

SO ORDERED.

Dated: August 28, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge