```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT LEE MURRAY,

                Plaintiff,

      -v-

DEPARTMENT OF LAW et al.,

                Defendants.
------------------------------------------------------------------X

22-cv-226 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Plaintiff shall have until January 13, 2025, to respond to the City's request to continue the stay in this case.

    SO ORDERED.

Dated: January 2, 2025
       New York, New York

                                                      LEWIS J. LIMAN
                                                     United States District Judge