UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2025
```

-----------------------------------------------------------------X
                                                                 :
ROBERT L. MURRAY,                                                :
                                                                 :
                            Plaintiff,                           :
                                                                 :          22-cv-00226 (LJL)
                  -v-                                            :
                                                                 :          ORDER
DEPARTMENT OF LAW ET AL,                                         :
                                                                 :
                            Defendants.                          :
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Clerk of Court is respectfully directed to mail to the Pro Se Plaintiff a copy of Dkt.
Nos. 46 and 48 to Robert Lee Murray, NYSID:06093686K, B&C: 9902300038, Manhattan
Psychiatric Center, 102 River Edge Rd. Ward 3A, Manhattan, NY 10035.  The Clerk of Court is
also respectfully directed to update the docket with this mailing address for Plaintiff.


          SO ORDERED.

Dated: August 11, 2025
       New York, New York                        _____
                                                        LEWIS J. LIMAN
                                                     United States District Judge